RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
State Bar No. 8540
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Edgardo Vargas-Duran

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:14-cr-337-JCM-GWF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | (First Request) |
| EDGARDO VARGAS-DURAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for defendant EDGARDO VARGAS-DURAN, that the sentencing hearing currently scheduled for Monday, June 22, 2015 at the hour of 10:30 a.m., be vacated and set to a time and date convenient to this Court.  However, in no event earlier than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to review the presentence investigation report with defendant.  Additionally, defense counsel needs more time to gather sentencing mitigation documents.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. This is the first request to continue filed herein.

DATED this 3rd day of June, 2015.

| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States of America |
|---|---|
| */s/ Raquel Lazo*<br>By:_____<br>RAQUEL LAZO,<br>Assistant Federal Public Defender<br>Counsel for Defendant | */s/ Robert A. Bork*<br>By:_____<br>ROBERT A. BORK,<br>Assistant United States Attorney<br>Counsel for the Plaintiff |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>EDGARDO VARGAS-DURAN,<br><br>　　　　Defendant. | 2:14-cr-337-JCM-GWF<br><br>**ORDER** |

**ORDER**

Based on the pending Stipulation of counsel, and god cause appearing,

IT IS FURTHER ORDERED that the sentencing hearing currently scheduled for Monday, June 22, 2015, be vacated and continued to August 13, 2015 at the hour of 10:00 a .m.

DATED June 9, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE